In the Matter of EMIL T. RINAS et al., Constituting the Board of Water Commissioners of Roslyn Water District of the Town of North Hempstead, Nassau County, Appellants, against PERRY P. DURYEA et al., Constituting the Water Power and Control Commission of the State of New York, et al., Respondents.

Argued April 21, 1952; decided May 29, 1952.

*Harry W. Moore* and *Harold S. Meltzer* for appellants.

*Nathaniel L. Goldstein, Attorney-General* (*Edward L. Ryan* and *Wendell P. Brown* of counsel), for Water Power and Control Commission of the State of New York, respondent.

*J. Oakey McKnight* for Incorporated Villages of East Hills and Old Westbury, respondents.

*Albert A. Oppido* for Westgate Building Corp. and others, respondents.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.